FILED
MAR 0 8 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Sheneman, )
)
    Plaintiff, )
)
v. )   Case: 1:16-cv-00465
)   Assigned To : Unassigned
)   Assign. Date : 3/8/2016
Judge Jon E. DeGuilio, )   Description: Pro Se Gen. Civil (F Deck)
)
    Defendant. )

MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a Complaint and an application to proceed *in forma pauperis*. The Court will grant the application and will dismiss this case for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff is a federal prisoner at the Federal Correctional Institution in Lisbon, Ohio. He sues a federal judge in the Northern District of Indiana for decisions made about plaintiff's motion to vacate under 28 U.S.C. § 2255. Plaintiff seeks "a chance to prove our (my son) innocence." Compl. at 5.

This Court lacks jurisdiction to review the decisions of its sister courts. *See United States v. Choi*, 818 F. Supp. 2d 79, 85 (D.D.C. 2011) (district courts "generally lack[] appellate jurisdiction over other judicial bodies, and cannot exercise appellate mandamus over other courts.") (citing *Lewis v. Green*, 629 F. Supp. 546, 553 (D.D.C.1986)); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995) (noting that "[b]y filing a complaint in this Court against federal judges who have done nothing more than their duty . . .

Fleming has instituted a meritless action") (applying *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415, 416 (1923)). Hence, this case will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

DATE: March 3rd, 2016

United States District Judge